IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARP MEDICAL SOLUTIONS, LLC, | 8:17-CV-262 |
| Plaintiff, | |
| vs. | ORDER |
| DENISE STOBBE, et al., | |
| Defendants. | |

This matter is before the Court on the parties' joint motion to extend the Court's July 21, 2017 Temporary Restraining Order. *See* filing 24; filing 32. That motion will be granted. Accordingly,

IT IS ORDERED:

1. The parties' joint motion to extend the temporary restraining order (filing 32) is granted.

2. The terms of the Court's July 21 Temporary Restraining Order (filing 24) remain effective for a period up to and including August 15, 2017.

3. The hearing on preliminary injunction, pursuant to Fed. R. Civ. P. 65(b)(3), is continued to August 15, 2017, at 1:00 p.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE. At that hearing, the Court will consider whether the terms of the Court's July 21 Order shall be extended, modified, or dissolved.

Dated this 3rd day of August, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge