IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARP MEDICAL SOLUTIONS, LLC, | |
| Plaintiff, | 8:17-CV-262 |
| vs. | ORDER |
| DENISE STOBBE, et al., | |
| Defendants. | |

The Court issued a Temporary Restraining Order (TRO) in this case on July 21, 2017. Filing 24. Pursuant to a prior stipulation, the terms of that TRO were extended until August 15, 2017. Filing 33. The parties now request the Court to enter a preliminary injunction on the same terms as the previously-entered TRO. That motion will be granted. Accordingly,

IT IS ORDERED:

1. The parties' joint stipulation for extension of preliminary injunction (filing 37) is granted.

2. The terms of the Court's July 21 Temporary Restraining Order (filing 24) remain effective for a period up to and including September 29, 2017.

3. The hearing on preliminary injunction, pursuant to Fed. R. Civ. P. 65(b)(3), is continued to September 28, 2017, at 1:00 p.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE. At that hearing, the Court will consider whether the terms of the Court's

July 21 Order, as incorporated by this Order, shall be extended, modified, or dissolved.

Dated this 15th day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge