IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARP MEDICAL SOLUTIONS, LLC, a Nebraska limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DENISE STOBBE, ROCK MEDICAL GROUP, LLC, and LOREN ROCK.<br><br>Defendant. | Case No: 8:17CV262<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

(Plaintiff's exhibit numbers 1-7, 10-16, 18, 20-21, 23-30, 34-36/ Motion for TRO Hearing / July 21, 2017)

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 14th day of February, 2018.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge

Exhibits-Order_to_Withdraw_or_OSC_Destroy_Appeal_Time_Expired.docx
Approved 12/22/14